RAMANDEEP BADWAL, Respondent, v AVTAR S. BADWAL, Appellant.

Submitted January 23, 2017; decided March 28, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 1067 (2016)].

CMSG RESTAURANT GROUP, LLC, Doing Business as LARRY FLYNT'S HUSTLER CLUB, et al., Appellants, v STATE OF NEW YORK et al., Respondents.

Submitted January 3, 2017; decided March 28, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of NINA COURANT, Deceased. ERNEST D. COURANT, Appellant; DAVID B. BERKOWITZ et al., Respondents; et al., Respondent.

Submitted January 9, 2017; decided March 28, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of CHAUNCEY GIRARD, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted January 23, 2017; decided March 28, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.